| 00261 Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| R6 / IH9 22426105 | 01/ | 2867059 | 1 of 1 |

Connors Motorcar Company LLC
1239 Hamlet Hill Drive
West Chester, PA 19380

# Earnings Statement

**ADP**

Period Starting: 05/06/2018
Period Ending: 05/12/2018
Pay Date: 05/18/2018

Taxable Marital Status: Married - but withhold at higher single rate
Exemptions/Allowances:    Tax Override:
  Federal: 1                Federal:
  State:   0                State:
  Local:   0                Local:
Social Security Number: XXX-XX-XXXX

Wynne L Boyer
58 Hertzog School Road
Mertztown, PA 19539

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | 27.0000 | 39.00 | 1053.00 | 17421.75 |
| Overtime | | | 0.00 | 111.38 |
| Vacation | | | 0.00 | 648.00 |
| **Gross Pay** | | | **$1,053.00** | **$18,181.13** |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -120.36 | 2039.14 |
| Social Security | -65.29 | 1127.23 |
| Medicare | -15.27 | 263.63 |
| Pennsylvania State Income | -32.33 | 558.15 |
| Pennsylvania State UI | -0.63 | 10.91 |
| W Goshen T Local Income | -10.53 | 181.85 |
| West Goshen Twp Local | -1.00 | 18.00 |

| Voluntary Deductions | this period | year to date |
|---|---|---|
| Deductions Parts | -147.00 | 217.00 |

| Net Pay Adjustments | this period | year to date |
|---|---|---|
| *Misc reimbursement | 0.00 | 47.00 |

| **Net Pay** | **$660.59** | |
|---|---|---|

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Vacation | | |
| - Carry Over | | 3.16 |
| - Accrued Hours | 3.15 | 55.23 |
| - Taken Hours | 0.00 | 24.00 |
| - Balance | | 31.23 |
| Total Hours Worked | 39.00 | 648.00 |

| Deposits account number | transit/ABA | amount |
|---|---|---|
| XXXXXX2338 | XXXXXXXXX | 660.59 |

Your federal taxable wages this period are $1,053.00
* Excluded from Federal taxable wages

© 1998, 2006. ADP, LLC All Rights Reserved.

---

VERIFY DOCUMENT AUTHENTICITY - COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM

Connors Motorcar Company LLC
1239 Hamlet Hill Drive
West Chester, PA 19380

Pay Date: 05/18/2018

**Deposited to the account**
Checking DirectDeposit

| account number | transit/ABA | amount |
|---|---|---|
| XXXXXX2338 | XXXXXXXXX | 660.59 |

THIS IS NOT A CHECK

Wynne L Boyer
58 Hertzog School Road
Mertztown, PA 19539

THE ORIGINAL DOCUMENT HAS AN ARTIFICIAL WATERMARK ON THE BACK.    HOLD AT AN ANGLE TO VIEW WHEN CHECKING THE ENDORSEMENT.



HOLD AT AN ANGLE TO VIEW
ADP WATERMARKS

THIS SIDE OF DOCUMENT CONTAINS ADP WATERMARKS.  HOLD AT AN ANGLE TO VIEW.



E43515318

△ DO NOT WRITE / SIGN / STAMP/BELOW THIS TYPE △

KNOW YOUR ENDORSER - REQUIRE IDENTIFICATION

| 00229 Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| R6 / IH9 22426105 | 01/ | 2847813 | 1 of 1 |

Connors Motorcar Company LLC
1239 Hamlet Hill Drive
West Chester, PA 19380

**Earnings Statement**

ADP

Period Starting: 04/29/2018
Period Ending: 05/05/2018
Pay Date: 05/11/2018

Taxable Marital Status: Married - but withhold at higher single rate
Exemptions/Allowances: Tax Override:
  Federal: 1   Federal:
  State: 0   State:
  Local: 0   Local:
Social Security Number: XXX-XX-XXXX

Wynne L Boyer
58 Hertzog School Road
Mertztown, PA 19539

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | 27.0000 | 29.50 | 796.50 | 16368.75 |
| Overtime |  |  | 0.00 | 111.38 |
| Vacation | 27.0000 | 8.00 | 216.00 | 648.00 |
| **Gross Pay** |  |  | **$1,012.50** | **$17,128.13** |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -111.45 | 1918.78 |
| Social Security | -62.77 | 1061.94 |
| Medicare | -14.68 | 248.36 |
| Pennsylvania State Income | -31.08 | 525.82 |
| Pennsylvania State UI | -0.61 | 10.28 |
| W Goshen T Local Income | -10.13 | 171.32 |
| West Goshen Twp Local | -1.00 | 17.00 |

| Voluntary Deductions | this period | year to date |
|---|---|---|
| Deductions Parts | -33.00 | 70.00 |

| Net Pay Adjustments | this period | year to date |
|---|---|---|
| *Misc reimbursement | 0.00 | 47.00 |

| Net Pay |  | $747.78 |
|---|---|---|

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Vacation |  |  |
| - Carry Over |  | 3.16 |
| - Accrued Hours | 2.38 | 52.08 |
| - Taken Hours | 8.00 | 24.00 |
| - Balance |  | 28.08 |
| Total Hours Worked | 29.50 | 609.00 |

| Deposits account number | transit/ABA | amount |
|---|---|---|
| XXXXXX2338 | XXXXXXXXX | 747.78 |

Your federal taxable wages this period are $1,012.50
* Excluded from Federal taxable wages

© 1998, 2006. ADP, LLC All Rights Reserved.

▼ TEAR HERE

VERIFY DOCUMENT AUTHENTICITY - COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM

Connors Motorcar Company LLC
1239 Hamlet Hill Drive
West Chester, PA 19380

Pay Date: 05/11/2018

**THIS IS NOT A CHECK**

Deposited to the account
Checking DirectDeposit

| account number | transit/ABA | amount |
|---|---|---|
| XXXXXX2338 | XXXXXXXXX | 747.78 |

Wynne L Boyer
58 Hertzog School Road
Mertztown, PA 19539

THE ORIGINAL DOCUMENT HAS AN ARTIFICIAL WATERMARK ON THE BACK.   HOLD AT AN ANGLE TO VIEW WHEN CHECKING THE ENDORSEMENT.



HOLD AT AN ANGLE TO VIEW
ADP WATERMARKS

THIS SIDE OF DOCUMENT CONTAINS ADP WATERMARKS. HOLD AT AN ANGLE TO VIEW.



E37150442

▽ DO NOT WRITE / SIGN / STAMP/BELOW THIS TYPE ▲

KNOW YOUR ENDORSER - REQUIRE IDENTIFICATION

| 00231 Company Code | Loc/Dept | Number | Page | Earnings Statement | |
|---|---|---|---|---|---|
| R6 / IH9 22426105 | 01/ | 2822577 | 1 of 1 | | **ADP** |

Connors Motorcar Company LLC
1239 Hamlet Hill Drive
West Chester, PA 19380

Period Starting: 04/22/2018
Period Ending: 04/28/2018
Pay Date: 05/04/2018

Taxable Marital Status: Married - but withhold at higher single rate
Exemptions/Allowances: Tax Override:
- Federal: 1       Federal:
- State: 0         State:
- Local: 0         Local:
Social Security Number: XXX-XX-XXXX

Wynne L Boyer
58 Hertzog School Road
Mertztown, PA 19539

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | 27.0000 | 40.00 | 1080.00 | 15572.25 |
| Overtime | 40.5000 | 1.50 | 60.75 | 111.38 |
| Vacation | | | 0.00 | 432.00 |
| **Gross Pay** | | | **$1,140.75** | **$16,115.63** |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -139.67 | 1807.33 |
| Social Security | -70.73 | 999.17 |
| Medicare | -16.54 | 233.68 |
| Pennsylvania State Income | -35.02 | 494.74 |
| Pennsylvania State UI | -0.68 | 9.67 |
| W Goshen T Local Income | -11.41 | 161.19 |
| West Goshen Twp Local | -1.00 | 16.00 |

| Voluntary Deductions | this period | year to date |
|---|---|---|
| Deductions Parts | 0.00 | 37.00 |

| Net Pay Adjustments | this period | year to date |
|---|---|---|
| *Misc reimbursement | 0.00 | 47.00 |

| **Net Pay** | | **$865.70** |
|---|---|---|

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Vacation | | |
| - Carry Over | | 3.16 |
| - Accrued Hours | 3.23 | 49.70 |
| - Taken Hours | 0.00 | 16.00 |
| - Balance | | 33.70 |
| Total Hours Worked | 41.50 | 579.50 |

| Deposits account number | transit/ABA | amount |
|---|---|---|
| XXXXXX2338 | XXXXXXXXX | 865.70 |

Your federal taxable wages this period are $1,140.75
* Excluded from Federal taxable wages

© 1998, 2006. ADP, LLC  All Rights Reserved.

VERIFY DOCUMENT AUTHENTICITY - COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM

Connors Motorcar Company LLC
1239 Hamlet Hill Drive
West Chester, PA 19380

Pay Date: 05/04/2018

Deposited to the account
Checking DirectDeposit

| account number | transit/ABA | amount |
|---|---|---|
| XXXXXX2338 | XXXXXXXXX | 865.70 |

THIS IS NOT A CHECK

Wynne L Boyer
58 Hertzog School Road
Mertztown, PA 19539

THE ORIGINAL DOCUMENT HAS AN ARTIFICIAL WATERMARK ON THE BACK.    HOLD AT AN ANGLE TO VIEW WHEN CHECKING THE ENDORSEMENT.



HOLD AT AN ANGLE TO VIEW
ADP WATERMARKS

THIS SIDE OF DOCUMENT CONTAINS ADP WATERMARKS.  HOLD AT AN ANGLE TO VIEW.

E39000465



| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| 00244 R6 / IH9 22426105 | 01/ | 2804492 | 1 of 1 |

Connors Motorcar Company LLC
1239 Hamlet Hill Drive
West Chester, PA 19380

**Earnings Statement** — ADP

Period Starting: 04/15/2018
Period Ending: 04/21/2018
Pay Date: 04/27/2018

Taxable Marital Status: Married - but withhold at higher single rate
Exemptions/Allowances:       Tax Override:
  Federal: 1                  Federal:
  State: 0                    State:
  Local: 0                    Local:
Social Security Number: XXX-XX-XXXX

Wynne L Boyer
58 Hertzog School Road
Mertztown, PA 19539

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | 27.0000 | 37.00 | 999.00 | 14492.25 |
| Overtime | | | 0.00 | 50.63 |
| Vacation | | | 0.00 | 432.00 |
| **Gross Pay** | | | **$999.00** | **$14,974.88** |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -108.48 | 1667.66 |
| Social Security | -61.94 | 928.44 |
| Medicare | -14.49 | 217.14 |
| Pennsylvania State Income | -30.67 | 459.72 |
| Pennsylvania State UI | -0.60 | 8.99 |
| W Goshen T Local Income | -9.99 | 149.78 |
| West Goshen Twp Local | -1.00 | 15.00 |

| Voluntary Deductions | this period | year to date |
|---|---|---|
| Deductions Parts | 0.00 | 37.00 |

| Net Pay Adjustments | this period | year to date |
|---|---|---|
| *Misc reimbursement | 0.00 | 47.00 |

| **Net Pay** | | **$771.83** |
|---|---|---|

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Vacation | | |
| - Carry Over | | 3.16 |
| - Accrued Hours | 2.99 | 46.47 |
| - Taken Hours | 0.00 | 16.00 |
| - Balance | | 30.47 |
| Total Hours Worked | 37.00 | 538.00 |

| Deposits account number | transit/ABA | amount |
|---|---|---|
| XXXXXX2338 | XXXXXXXXX | 771.83 |

Your federal taxable wages this period are $999.00
* Excluded from Federal taxable wages

© 1998, 2006. ADP, LLC  All Rights Reserved.

TEAR HERE

---

VERIFY DOCUMENT AUTHENTICITY - COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM

Connors Motorcar Company LLC
1239 Hamlet Hill Drive
West Chester, PA 19380

Pay Date: 04/27/2018

Deposited to the account
Checking DirectDeposit

| account number | transit/ABA | amount |
|---|---|---|
| XXXXXX2338 | XXXXXXXXX | 771.83 |

THIS IS NOT A CHECK

Wynne L Boyer
58 Hertzog School Road
Mertztown, PA 19539

THE ORIGINAL DOCUMENT HAS AN ARTIFICIAL WATERMARK ON THE BACK.    HOLD AT AN ANGLE TO VIEW WHEN CHECKING THE ENDORSEMENT.



HOLD AT AN ANGLE TO VIEW
ADP WATERMARKS

THIS SIDE OF DOCUMENT CONTAINS ADP WATERMARKS. HOLD AT AN ANGLE TO VIEW.

E40278042



▽ DO NOT WRITE / SIGN / STAMP/BELOW THIS TYPE ▽

KNOW YOUR ENDORSER - REQUIRE IDENTIFICATION

| 00248 Company Code | Loc/Dept | Number | Page | **Earnings Statement** | |
|---|---|---|---|---|---|
| R6 / IH9 22426105 | 01/ | 2786025 | 1 of 1 | | ADP |

Connors Motorcar Company LLC
1239 Hamlet Hill Drive
West Chester, PA 19380

Period Starting: 04/08/2018
Period Ending: 04/14/2018
Pay Date: 04/20/2018

Taxable Marital Status: Married - but withhold at higher single rate
Exemptions/Allowances:   Tax Override:
  Federal: 1                Federal:
  State:   0                State:
  Local:   0                Local:
Social Security Number: XXX-XX-XXXX

Wynne L Boyer
58 Hertzog School Road
Mertztown, PA 19539

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | 27.0000 | 39.25 | 1059.75 | 13493.25 |
| Overtime | | | 0.00 | 50.63 |
| Vacation | | | 0.00 | 432.00 |
| **Gross Pay** | | | **$1,059.75** | **$13,975.88** |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -121.85 | 1559.18 |
| Social Security | -65.70 | 866.50 |
| Medicare | -15.37 | 202.65 |
| Pennsylvania State Income | -32.53 | 429.05 |
| Pennsylvania State UI | -0.64 | 8.39 |
| W Goshen T Local Income | -10.60 | 139.79 |
| West Goshen Twp Local | -1.00 | 14.00 |

| Voluntary Deductions | this period | year to date |
|---|---|---|
| Deductions Parts | 0.00 | 37.00 |

| Net Pay Adjustments | this period | year to date |
|---|---|---|
| *Misc reimbursement | 14.00 | 47.00 |

| **Net Pay** | **$826.06** | |
|---|---|---|

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Vacation | | |
|  - Carry Over | | 3.16 |
|  - Accrued Hours | 3.17 | 43.49 |
|  - Taken Hours | 0.00 | 16.00 |
|  - Balance | | 27.49 |
| Total Hours Worked | 39.25 | 501.00 |

| Deposits account number | transit/ABA | amount |
|---|---|---|
| XXXXXX2338 | XXXXXXXXX | 826.06 |

Your federal taxable wages this period are $1,059.75
* Excluded from Federal taxable wages

---

VERIFY DOCUMENT AUTHENTICITY - COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM

Connors Motorcar Company LLC
1239 Hamlet Hill Drive
West Chester, PA 19380

Pay Date:   04/20/2018

**Deposited to the account**                             account number        transit/ABA        amount
Checking DirectDeposit                                   XXXXXX2338            XXXXXXXXX          826.06

THIS IS NOT A CHECK

Wynne L Boyer
58 Hertzog School Road
Mertztown, PA 19539

THE ORIGINAL DOCUMENT HAS AN ARTIFICIAL WATERMARK ON THE BACK.    HOLD AT AN ANGLE TO VIEW WHEN CHECKING THE ENDORSEMENT.



**HOLD AT AN ANGLE TO VIEW
ADP WATERMARKS**

THIS SIDE OF DOCUMENT CONTAINS ADP WATERMARKS. HOLD AT AN ANGLE TO VIEW.

E42533605

DO NOT WRITE / SIGN / STAMP BELOW THIS TYPE

KNOW YOUR ENDORSER - REQUIRE IDENTIFICATION

| 00160 Company Code | Loc/Dept | Number | Page | Earnings Statement | |
|---|---|---|---|---|---|
| R6 / IH9 22426105 | 01/ | 2756962 | 1 of 1 | | ADP |

Connors Motorcar Company LLC
1239 Hamlet Hill Drive
West Chester, PA 19380

Period Starting: 04/01/2018
Period Ending: 04/07/2018
Pay Date: 04/13/2018

Taxable Marital Status: Married - but withhold at higher single rate
Exemptions/Allowances:         Tax Override:
  Federal:  1                    Federal:
  State:    0                    State:
  Local:    0                    Local:
Social Security Number: XXX-XX-XXXX

Wynne L Boyer
58 Hertzog School Road
Mertztown, PA 19539

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | 27.0000 | 31.50 | 850.50 | 12433.50 |
| Overtime | | | 0.00 | 50.63 |
| Vacation | | | 0.00 | 432.00 |
| Gross Pay | | | $850.50 | $12,916.13 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -80.28 | 1437.33 |
| Social Security | -52.73 | 800.80 |
| Medicare | -12.33 | 187.28 |
| Pennsylvania State Income | -26.11 | 396.52 |
| Pennsylvania State UI | -0.51 | 7.75 |
| W Goshen T Local Income | -8.51 | 129.19 |
| West Goshen Twp Local | -1.00 | 13.00 |

| Voluntary Deductions | this period | year to date |
|---|---|---|
| Deductions Parts | 0.00 | 37.00 |

| Net Pay Adjustments | this period | year to date |
|---|---|---|
| *Misc reimbursement | 0.00 | 33.00 |

| Net Pay | | $669.03 | |

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Vacation | | |
| - Carry Over | | 3.16 |
| - Accrued Hours | 2.54 | 40.32 |
| - Taken Hours | 0.00 | 16.00 |
| - Balance | | 24.32 |
| Total Hours Worked | 31.50 | 461.75 |

| Deposits account number | transit/ABA | amount |
|---|---|---|
| XXXXXX2338 | XXXXXXXXX | 669.03 |

Your federal taxable wages this period are $850.50
* Excluded from Federal taxable wages

© 1998, 2006. ADP, LLC  All Rights Reserved.

TEAR HERE

---

VERIFY DOCUMENT AUTHENTICITY - COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM

Connors Motorcar Company LLC
1239 Hamlet Hill Drive
West Chester, PA 19380

Pay Date:   04/13/2018

**THIS IS NOT A CHECK**

| Deposited to the account | account number | transit/ABA | amount |
|---|---|---|---|
| Checking DirectDeposit | XXXXXX2338 | XXXXXXXXX | 669.03 |

Wynne L Boyer
58 Hertzog School Road
Mertztown, PA 19539

THE ORIGINAL DOCUMENT HAS AN ARTIFICIAL WATERMARK ON THE BACK.    HOLD AT AN ANGLE TO VIEW WHEN CHECKING THE ENDORSEMENT.



HOLD AT AN ANGLE TO VIEW
ADP WATERMARKS

THIS SIDE OF DOCUMENT CONTAINS ADP WATERMARKS.  HOLD AT AN ANGLE TO VIEW.

E16073881

DO NOT WRITE / SIGN / STAMP/BELOW THIS TYPE

KNOW YOUR ENDORSER - REQUIRE IDENTIFICATION

00282

| Company Code | Loc/Dept | Number | Page |
|---|---|---|---|
| R6 / IH9 22426105 | 01/ | 2740935 | 1 of 1 |

Connors Motorcar Company LLC
1239 Hamlet Hill Drive
West Chester, PA 19380

**Earnings Statement**

**ADP**

Period Starting: 03/25/2018
Period Ending: 03/31/2018
Pay Date: 04/06/2018

Taxable Marital Status: Married - but withhold at higher single rate
Exemptions/Allowances:       Tax Override:
  Federal:  1                  Federal:
  State:    0                  State:
  Local:    0                  Local:
Social Security Number: XXX-XX-XXXX

Wynne L Boyer
58 Hertzog School Road
Mertztown, PA 19539

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | 27.0000 | 39.50 | 1066.50 | 11583.00 |
| Overtime | | | 0.00 | 50.63 |
| Vacation | | | 0.00 | 432.00 |
| **Gross Pay** | | | **$1,066.50** | **$12,065.63** |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -123.33 | 1357.05 |
| Social Security | -66.12 | 748.07 |
| Medicare | -15.46 | 174.95 |
| Pennsylvania State Income | -32.74 | 370.41 |
| Pennsylvania State UI | -0.64 | 7.24 |
| W Goshen T Local Income | -10.67 | 120.68 |
| West Goshen Twp Local | -1.00 | 12.00 |

| Voluntary Deductions | this period | year to date |
|---|---|---|
| Deductions Parts | 0.00 | 37.00 |

| Net Pay Adjustments | this period | year to date |
|---|---|---|
| *Misc reimbursement | 0.00 | 33.00 |

| **Net Pay** | | **$816.54** |
|---|---|---|

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Vacation | | |
| - Carry Over | | 3.16 |
| - Accrued Hours | 3.19 | 37.78 |
| - Taken Hours | 0.00 | 16.00 |
| - Balance | | 21.78 |
| Total Hours Worked | 39.50 | 430.25 |

| Deposits account number | transit/ABA | amount |
|---|---|---|
| XXXXXX2338 | XXXXXXXXX | 816.54 |

Your federal taxable wages this period are $1,066.50
* Excluded from Federal taxable wages

© 1998, 2006. ADP, LLC All Rights Reserved.

▼ TEAR HERE

VERIFY DOCUMENT AUTHENTICITY - COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM

Connors Motorcar Company LLC
1239 Hamlet Hill Drive
West Chester, PA 19380

Pay Date:    04/06/2018

Deposited to the account

| | account number | transit/ABA | amount |
|---|---|---|---|
| Checking DirectDeposit | XXXXXX2338 | XXXXXXXXX | 816.54 |

THIS IS NOT A CHECK

Wynne L Boyer
58 Hertzog School Road
Mertztown, PA 19539

THE ORIGINAL DOCUMENT HAS AN ARTIFICIAL WATERMARK ON THE BACK.    HOLD AT AN ANGLE TO VIEW WHEN CHECKING THE ENDORSEMENT.



HOLD AT AN ANGLE TO VIEW
ADP WATERMARKS

THIS SIDE OF DOCUMENT CONTAINS ADP WATERMARKS. HOLD AT AN ANGLE TO VIEW.

E15664947



▽ DO NOT WRITE / SIGN / STAMP BELOW THIS TYPE ▽

KNOW YOUR ENDORSER - REQUIRE IDENTIFICATION

| 00297 Company Code | Loc/Dept | Number | Page | Earnings Statement | |
|---|---|---|---|---|---|
| R6 / IH9 22426105 | 01/ | 2713401 | 1 of 1 | | ADP |

Connors Motorcar Company LLC
1239 Hamlet Hill Drive
West Chester, PA 19380

Period Starting: 03/18/2018
Period Ending: 03/24/2018
Pay Date: 03/30/2018

Taxable Marital Status: Married - but withhold at higher single rate
Exemptions/Allowances: Tax Override:
- Federal: 1          Federal:
- State: 0            State:
- Local: 0            Local:
Social Security Number: XXX-XX-XXXX

Wynne L Boyer
58 Hertzog School Road
Mertztown, PA 19539

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | 27.0000 | 33.25 | 897.75 | 10516.50 |
| Overtime | | | 0.00 | 50.63 |
| Vacation | | | 0.00 | 432.00 |
| **Gross Pay** | | | **$897.75** | **$10,999.13** |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -86.21 | 1233.72 |
| Social Security | -55.66 | 681.95 |
| Medicare | -13.02 | 159.49 |
| Pennsylvania State Income | -27.56 | 337.67 |
| Pennsylvania State UI | -0.54 | 6.60 |
| W Goshen T Local Income | -8.98 | 110.01 |
| West Goshen Twp Local | -1.00 | 11.00 |

| Voluntary Deductions | this period | year to date |
|---|---|---|
| Deductions Parts | 0.00 | 37.00 |

| Net Pay Adjustments | this period | year to date |
|---|---|---|
| *Misc reimbursement | 13.00 | 33.00 |

| **Net Pay** | | **$717.78** |
|---|---|---|

| Other Benefits and Information | this period | year to date |
|---|---|---|
| Vacation | | |
| - Carry Over | | 3.16 |
| - Accrued Hours | 2.68 | 34.59 |
| - Taken Hours | 0.00 | 16.00 |
| - Balance | | 18.59 |
| Total Hours Worked | 33.25 | 390.75 |

| Deposits account number | transit/ABA | amount |
|---|---|---|
| XXXXXX2338 | XXXXXXXXX | 717.78 |

Your federal taxable wages this period are $897.75
* Excluded from Federal taxable wages

© 1998, 2006. ADP, LLC  All Rights Reserved.

---

VERIFY DOCUMENT AUTHENTICITY - COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM

Connors Motorcar Company LLC
1239 Hamlet Hill Drive
West Chester, PA 19380

Pay Date: 03/30/2018

**THIS IS NOT A CHECK**

| Deposited to the account | account number | transit/ABA | amount |
|---|---|---|---|
| Checking DirectDeposit | XXXXXX2338 | XXXXXXXXX | 717.78 |

Wynne L Boyer
58 Hertzog School Road
Mertztown, PA 19539

THE ORIGINAL DOCUMENT HAS AN ARTIFICIAL WATERMARK ON THE BACK.    HOLD AT AN ANGLE TO VIEW WHEN CHECKING THE ENDORSEMENT.



HOLD AT AN ANGLE TO VIEW
ADP WATERMARKS

THIS SIDE OF DOCUMENT CONTAINS ADP WATERMARKS. HOLD AT AN ANGLE TO VIEW.

E19840451



▽ DO NOT WRITE / SIGN / STAMP/BELOW THIS TYPE △

KNOW YOUR ENDORSER - REQUIRE IDENTIFICATION