```
Bank Of America
PO Box 2278
Norfolk, VA   23501-2278


Barclays Bank Delaware
125 S West St
Wilmington, DE   19801-5014


Capital One Bank
4851 Cox Rd
Glen Allen, VA   23060-6293


Chase Card Services
PO Box 15298
Wilmington, DE   19850-5298


Citi Cards
701 E 60th St N
Sioux Falls, SD   57104-0432


Citizens Bank
630 Plaza Dr Ste 150
Highlands Ranch, CO   80129-2379


Dept Of Ed/Navient
Bpx 9635
Wilkes Barre, PA   18773-0000
```

Discover Financial Services
PO Box 30954
Salt Lake City, UT  84130-0954


FirstMark/Citizens
121 S 13th St
Lincoln, NE  68508-1904


Nationstar Mortgage
350 Highland Dr
Lewisville, TX  75067-4177


Navient solutions
PO Box 9640
Wilkes Barre, PA  18773-9640


Paypal Credit
Comenity Capital Bank c/o Bill me Later
PO Box 5018
Timonium, MD  21094-5018


Susan Pinkos Boyer
58 Hertzog School Rd
Mertztown, PA  19539-9219


Usaa Federal Savings Ban
10750 McDermott Fwy
San Antonio, TX  78288-0002

USAA Savings Bannk
PO Box 47504
San Antonio, TX  78265-7504


USAA Savings Bannk
PO Box 619094
Dallas, TX  75261-9094