**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: WYNNE LEONARD BOYER    :
                                                    :    CHAPTER 13
                                                    :
                    Debtor    :    Bky No.  18-12885- REF
                                                    :

**ORDER ALLOWING ATTORNEY'S FEES AND EXPENSES**

Upon the First Application for Compensation of Reimbursement of Expenses of attorney for the debtor and supporting exhibits, the Court finds that the attorney's charges for professional services rendered and expenses incurred are reasonable; and it is therefore ORDERED:

1. That Lynn E. Feldman be allowed:

$ _____4,500.00_____ for attorney's fees
$ _____0.00_____ for expenses
$ _____4,500.00_____ TOTAL for fees AND expenses
LESS $ _____1,290.00_____ credit for funds already received; equals
$ _____3,210.00_____ BALANCE DUE

**Date: December 19, 2018**

ENTERED: _____    _____
                                                                         J.

I ASK FOR THIS:

*/s/ Lynn E. Feldman, Esquire*
LYNN E. FELDMAN, ESQUIRE
FELDMAN LAW OFFICES, P.C.
221 N. Cedar Crest Blvd.
Allentown, PA 18104
(610) 530-9285
Attorney for Debtor