United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                                  Case No. 18-12885-ref
Wynne Leonard Boyer                                                                     Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-4    User: Lisa              Page 1 of 1              Date Rcvd: Dec 19, 2018
                        Form ID: pdf900         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 21, 2018.
db          Wynne Leonard Boyer,    58 Hertzog School Rd,    Mertztown, PA   19539-9219

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

     ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 21, 2018                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 19, 2018 at the address(es) listed below:
     FREDERICK L. REIGLE    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com
     LYNN E. FELDMAN    on behalf of Debtor Wynne Leonard Boyer feldmanfiling@rcn.com
     REBECCA ANN SOLARZ    on behalf of Creditor    USAA Federal Savings Bank bkgroup@kmllawgroup.com
     United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
     WILLIAM  MILLER*R    ecfmail@FredReigleCh13.com, ECF_FRPA@Trustee13.com
     WILLIAM  MILLER*R    on behalf of Trustee WILLIAM  MILLER*R ecfemail@FredReigleCh13.com, ECF_FRPA@Trustee13.com
                                                                                                                         TOTAL: 6

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: WYNNE LEONARD BOYER  :
: CHAPTER 13
:
Debtor  : Bky No. 18-12885- REF
:

**ORDER ALLOWING ATTORNEY'S FEES AND EXPENSES**

Upon the First Application for Compensation of Reimbursement of Expenses of attorney for the debtor and supporting exhibits, the Court finds that the attorney's charges for professional services rendered and expenses incurred are reasonable; and it is therefore ORDERED:

1. That Lynn E. Feldman be allowed:

| | | |
|---|---|---|
| $ | 4,500.00 | for attorney's fees |
| $ | 0.00 | for expenses |
| $ | 4,500.00 | TOTAL for fees AND expenses |
| LESS $ | 1,290.00 | credit for funds already received; equals |
| $ | 3,210.00 | BALANCE DUE |

**Date: December 19, 2018**

ENTERED: _____     _____
                                                                                    J.

I ASK FOR THIS:

*/s/ Lynn E. Feldman, Esquire*
LYNN E. FELDMAN, ESQUIRE
FELDMAN LAW OFFICES, P.C.
221 N. Cedar Crest Blvd.
Allentown, PA 18104
(610) 530-9285
Attorney for Debtor