*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Wynne Leonard Boyer
    Debtor(s)

Case No: 18−12885−elf
Chapter: 13

## NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Eric L. Frank , United States Bankruptcy Judge to consider:

First Post Confirmation Application for Compensation for LYNN E. FELDMAN, Debtor's Attorney, Period: 11/27/2018 to 8/12/2019, Fee: $800.00, Expenses: $0.00 Filed by filed by LYNN E. FELDMAN.

on: 10/10/19

at: 11:00 AM

in: Courtroom 1, Third Floor, The Madison, 400 Washington Street, Reading, PA 19601

For The Court

Date:  9/17/19

Timothy B. McGrath
Clerk of Court

38 − 34
Form 167