United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                          Case No. 18-12885-elf
Wynne Leonard Boyer                                                             Chapter 13
     Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-4     User: Lisa              Page 1 of 1              Date Rcvd: Sep 17, 2019
                         Form ID: 167            Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 19, 2019.
db         Wynne Leonard Boyer,   58 Hertzog School Rd,   Mertztown, PA 19539-9219

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                           TOTAL: 0

     ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 19, 2019                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 17, 2019 at the address(es) listed below:
     FREDERICK L. REIGLE    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com
     LYNN E. FELDMAN    on behalf of Debtor Wynne Leonard Boyer feldmanfiling@rcn.com
     REBECCA ANN SOLARZ    on behalf of Creditor   USAA Federal Savings Bank bkgroup@kmllawgroup.com
     ROLANDO RAMOS-CARDONA    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ecfmail@readingch13.com, ecf_frpa@trustee13.com
     SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com, ecf_frpa@trustee13.com
     United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
     WILLIAM MILLER*R    on behalf of Trustee WILLIAM MILLER*R ecfemail@FredReigleCh13.com, ECF_FRPA@Trustee13.com
                                                                                                                      TOTAL: 7

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Wynne Leonard Boyer
    Debtor(s)

Case No: 18−12885−elf
Chapter: 13

## NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Eric L. Frank, United States Bankruptcy Judge to consider:

First Post Confirmation Application for Compensation for LYNN E. FELDMAN, Debtor's Attorney, Period: 11/27/2018 to 8/12/2019, Fee: $800.00, Expenses: $0.00 Filed by filed by LYNN E. FELDMAN.

on: 10/10/19

at: 11:00 AM

in: Courtroom 1, Third Floor, The Madison, 400 Washington Street, Reading, PA 19601

For The Court

Date: 9/17/19

Timothy B. McGrath
Clerk of Court

38 − 34
Form 167