# FELDMAN
## LAW OFFICES PC

221 N. Cedar Crest Blvd., Allentown, PA 18104
Tel: (610) 530-9285 | Fax: (610) 437-7011

LYNN E. FELDMAN
*feldmanfiling@rcn.com*

Wynne Boyer
58 Hertzog School Road
Mertztown, PA 19539

| Date | Description | Hours |
|---|---|---|
| 05/13/2019 | Email client re: 2018 taxes owed and current Plan payments | 0.4 |
| 05/14/2019 | Review email from client's accountant, Darril Oken re: 2018 vouchers | 0.2 |
| 05/17/2019 | T/C John Lindinger from IRS about filing POC for 2018 return and including in Plan | 0.5 |
| 05/20/2019 | Review POC filed by IRS | 0.2 |
| 05/22/2019 | Email Trustee re: IRS claim for 2018 taxes and responding to trustee inquiry as to the intent of Debtor | 0.2 |
| 05/23/2019 | Prepare, file and serve the Second Addendum to Ch. 13 Plan adding 2018 tax obligation | 0.6 |
| 07/05/2019 | Email client re: tax payments and amended Plan incorporating 2018 taxes | 0.2 |
| 07/31/2019 | Email client re: tax payments and Plan | 0.2 |
| 08/05/2019 | T/C John Lindinger from IRS re: Notice client recv'd from IRS and amending POC to incorporate the same 2018 obligation | 0.4 |
| 08/07/2019 | Review second amended IRS POC and email Trustee re: modifying for reduced IRS payment | 0.3 |

**TOTAL:     3.2   hours at $250.00 =    $ 800.00**