# IN THE UNITED STATES BANKRUPTCY COURT
# OF THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: WYNNE LEONARD BOYER    :
                              :    CHAPTER 13
                              :
         Debtor               :    Bky No.  18-12885-elf

## ORDER ALLOWING ATTORNEY'S FEES AND EXPENSES

Upon the consideration of the First Post Confirmation Application for Compensation filed by Debtor's counsel, it is hereby **ORDERED** that the Application is **GRANTED** and that Debtor's counsel is allowed $800.00 in supplemental compensation, which the Trustee may pay as an administrative expense.

Date:  10/11/19

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**