United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Wynne Leonard Boyer  
    Debtor

Case No. 18-12885-elf  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-4    User: Randi    Page 1 of 1    Date Rcvd: Oct 15, 2019  
               Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 17, 2019.  
db         Wynne Leonard Boyer,    58 Hertzog School Rd,    Mertztown, PA   19539-9219

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                           TOTAL: 0

             ***** BYPASSED RECIPIENTS *****  
NONE.                                                            TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 17, 2019                              Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 15, 2019 at the address(es) listed below:

         FREDERICK L. REIGLE    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com  
         LYNN E. FELDMAN    on behalf of Debtor Wynne Leonard Boyer feldmanfiling@rcn.com  
         REBECCA ANN SOLARZ    on behalf of Creditor    USAA Federal Savings Bank bkgroup@kmllawgroup.com  
         ROLANDO RAMOS-CARDONA    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ecfmail@readingch13.com, ecf_frpa@trustee13.com  
         SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com, ecf_frpa@trustee13.com  
         United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
         WILLIAM MILLER*R    on behalf of Trustee WILLIAM MILLER*R ecfemail@FredReigleCh13.com, ECF_FRPA@Trustee13.com  
                                                                                        TOTAL: 7

**IN THE UNITED STATES BANKRUPTCY COURT**
**OF THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: WYNNE LEONARD BOYER | : | |
| | : | CHAPTER 13 |
| | : | |
| Debtor | : | Bky No.  18-12885-elf |

**ORDER ALLOWING ATTORNEY'S FEES AND EXPENSES**

Upon the consideration of the First Post Confirmation Application for Compensation filed by Debtor's counsel, it is hereby **ORDERED** that the Application is **GRANTED** and that Debtor's counsel is allowed $800.00 in supplemental compensation, which the Trustee may pay as an administrative expense.

Date:  10/11/19

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**