Office Mailing Address:  
Scott F. Waterman, Trustee  
2901 St. Lawrence Avenue, Suite 100  
Reading, PA  19606

Send Payments **ONLY** to:  
Scott F. Waterman, Trustee  
P.O. Box 680  
Memphis, TN  38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2019 to 08/12/2020  
Chapter 13 Case No. 18-12885-PMM

WYNNE LEONARD BOYER  
58 HERTZOG SCHOOL RD  
MERTZTOWN  PA   19539-9219

Petition Filed Date: 04/30/2018  
341 Hearing Date: 07/17/2018  
Confirmation Date: 11/15/2018

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/23/2019 | $800.00 | | 02/25/2019 | $800.00 | | 03/25/2019 | $800.00 | |
| 04/22/2019 | $800.00 | | 09/10/2019 | $943.00 | Automatic Payr | 09/16/2019 | $3,687.00 | Delinquency (C |
| 10/08/2019 | $943.00 | | 11/12/2019 | $943.00 | | 12/09/2019 | $943.00 | |
| 01/09/2020 | $943.00 | | 02/10/2020 | $943.00 | | 03/09/2020 | $943.00 | |
| 04/08/2020 | $943.00 | | 05/08/2020 | $943.00 | | 06/11/2020 | $943.00 | |
| 07/08/2020 | $943.00 | | 08/10/2020 | $943.00 | | | | |

**Total Receipts for the Period: $18,203.00**   **Amount Refunded to Debtor Since Filing: $0.00**   **Total Receipts Since Filing: $24,603.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 8 | BANK OF AMERICA NA<br>»» 008 | Unsecured Creditors | $12,668.35 | $1,547.51 | $11,120.84 |
| 5 | CITIBANK NA<br>»» 005 | Unsecured Creditors | $10,371.26 | $1,266.91 | $9,104.35 |
| 2 | DISCOVER BANK<br>»» 002 | Unsecured Creditors | $12,331.15 | $1,506.30 | $10,824.85 |
| 11 | UNITED STATES TREASURY (IRS)<br>»» 11P | Priority Crediors | $5,064.00 | $5,064.00 | $0.00 |
| 7 | MIDLAND CREDIT MANAGEMENT INC AS AGENT<br>»» 007 | Unsecured Creditors | $19,501.17 | $2,382.16 | $17,119.01 |
| 9 | NAVIENT SOLUTIONS INC<br>»» 009 | Unsecured Creditors | $6,321.55 | $772.19 | $5,549.36 |
| 10 | NATIONSTAR MORTGAGE LLC<br>»» 010 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 1 | PA DEPARTMENT OF REVENUE<br>»» 001 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 6 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 006 | Unsecured Creditors | $4,795.06 | $585.76 | $4,209.30 |
| 3 | USAA FEDERAL SAVINGS BANK<br>»» 003 | Unsecured Creditors | $19,806.54 | $2,419.45 | $17,387.09 |
| 4 | USAA FEDERAL SAVINGS BANK<br>»» 004 | Unsecured Creditors | $16,926.71 | $2,067.68 | $14,859.03 |
| 11 | LYNN E FELDMAN ESQ<br>»» 011 | Attorney Fees | $3,210.00 | $3,210.00 | $0.00 |
| 0 | LYNN E FELDMAN ESQ | Attorney Fees | $800.00 | $800.00 | $0.00 |

**Chapter 13 Case No. 18-12885-PMM**

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/12/2020:

| | | | |
|---|---|---|---|
| Total Receipts: | $24,603.00 | Current Monthly Payment: | $943.00 |
| Paid to Claims: | $21,621.96 | Arrearages: | $0.00 |
| Paid to Trustee: | $2,132.34 | Total Plan Base: | $55,722.00 |
| Funds on Hand: | $848.70 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!** Visit www.readingch13.com/payments/ for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.