Office Mailing Address:  
Scott F. Waterman, Trustee  
2901 St. Lawrence Avenue, Suite 100  
Reading, PA  19606

Send Payments **ONLY** to:  
Scott F. Waterman, Trustee  
P.O. Box 680  
Memphis, TN  38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 04/01/2021 to 08/05/2022  
**Chapter 13 Case No. 18-12885-PMM**

WYNNE LEONARD BOYER  
58 HERTZOG SCHOOL RD  
MERTZTOWN  PA    19539-9219

Petition Filed Date: 04/30/2018  
341 Hearing Date: 07/17/2018  
Confirmation Date: 11/15/2018

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 04/08/2021 | $943.00 | | 05/10/2021 | $943.00 | | 06/08/2021 | $943.00 | |
| 07/09/2021 | $943.00 | | 08/09/2021 | $943.00 | | 09/10/2021 | $943.00 | |
| 10/08/2021 | $943.00 | | 11/08/2021 | $943.00 | | 12/09/2021 | $943.00 | |
| 01/10/2022 | $943.00 | | 02/08/2022 | $943.00 | | 03/08/2022 | $943.00 | |
| 04/08/2022 | $943.00 | | 05/09/2022 | $943.00 | | 06/08/2022 | $943.00 | |
| 07/12/2022 | $943.00 | | | | | | | |

**Total Receipts for the Period: $15,088.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $46,292.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| | CLAIMS AND DISTRIBUTIONS | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 8 | BANK OF AMERICA NA<br>»» 008 | Unsecured Creditors | $12,668.35 | $4,107.22 | $8,561.13 |
| 5 | CITIBANK NA<br>»» 005 | Unsecured Creditors | $10,371.26 | $3,362.43 | $7,008.83 |
| 2 | DISCOVER BANK<br>»» 002 | Unsecured Creditors | $12,331.15 | $3,997.92 | $8,333.23 |
| 11 | UNITED STATES TREASURY (IRS)<br>»» 11P | Priority Crediors | $5,064.00 | $5,064.00 | $0.00 |
| 7 | MIDLAND CREDIT MANAGEMENT INC AS AGENT<br>»» 007 | Unsecured Creditors | $19,501.17 | $6,322.43 | $13,178.74 |
| 9 | NAVIENT SOLUTIONS INC<br>»» 009 | Unsecured Creditors | $6,321.55 | $2,049.49 | $4,272.06 |
| 10 | NATIONSTAR MORTGAGE LLC<br>»» 010 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 1 | PA DEPARTMENT OF REVENUE<br>»» 001 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 6 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 006 | Unsecured Creditors | $4,795.06 | $1,554.68 | $3,240.38 |
| 3 | USAA FEDERAL SAVINGS BANK<br>»» 003 | Unsecured Creditors | $19,806.54 | $6,421.43 | $13,385.11 |
| 4 | USAA FEDERAL SAVINGS BANK<br>»» 004 | Unsecured Creditors | $16,926.71 | $5,487.80 | $11,438.91 |
| 11 | LYNN E FELDMAN ESQ<br>»» 011 | Attorney Fees | $3,210.00 | $3,210.00 | $0.00 |
| 0 | LYNN E FELDMAN ESQ | Attorney Fees | $800.00 | $800.00 | $0.00 |

**Chapter 13 Case No. 18-12885-PMM**

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/5/2022:

| | | | |
|---|---|---|---|
| Total Receipts: | $46,292.00 | Current Monthly Payment: | $943.00 |
| Paid to Claims: | $42,377.40 | Arrearages: | $943.00 |
| Paid to Trustee: | $3,914.60 | Total Plan Base: | $55,722.00 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.