Certificate Number: 17082-PAE-DE-037530452

Bankruptcy Case Number: 18-12885



17082-PAE-DE-037530452

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on June 21, 2023, at 3:45 o'clock PM MST, WYNNE L BOYER completed a course on personal financial management given by internet by Summit Financial Education, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date: June 21, 2023

By: /s/Orsolya K Lazar

Name: Orsolya K Lazar

Title: Executive Director