United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Wynne Leonard Boyer  
    Debtor

Case No. 18-12885-pmm  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-4      User: admin      Page 1 of 3  
Date Rcvd: Jun 22, 2023      Form ID: 138OBJ      Total Noticed: 30

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 24, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Wynne Leonard Boyer, 58 Hertzog School Rd, Mertztown, PA 19539-9219 |
| 14099214 | + | Citizens Bank, 630 Plaza Dr Ste 150, Highlands Ranch, CO 80129-2750 |
| 14099215 | | Dept Of Ed/Navient, Bpx 9635, Wilkes Barre, PA 18773-0000 |
| 14099220 | | Susan Pinkos Boyer, 58 Hertzog School Rd, Mertztown, PA 19539-9219 |
| 14104226 | + | USAA Federal Savings Bank, KML Law Group, P.C., 710 Market Street, Suite 5000, Philadelphia, PA 19106-2312 |
| 14099223 | | USAA Savings Bannk, PO Box 619094, Dallas, TX 75261-9094 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: taxclaim@countyofberks.com | Jun 23 2023 00:40:00 | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Jun 23 2023 00:40:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 14099209 | | Email/Text: creditcardbkcorrespondence@bofa.com | Jun 23 2023 00:39:00 | Bank Of America, PO Box 2278, Norfolk, VA 23501-2278 |
| 14130738 | + | Email/Text: mortgagebkcorrespondence@bofa.com | Jun 23 2023 00:40:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 14099210 | | Email/Text: BarclaysBankDelaware@tsico.com | Jun 23 2023 00:40:00 | Barclays Bank Delaware, 125 S West St, Wilmington, DE 19801-5014 |
| 14099211 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 23 2023 00:57:40 | Capital One Bank, 4851 Cox Rd, Glen Allen, VA 23060-6293 |
| 14099213 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 23 2023 00:57:33 | Citi Cards, 701 E 60th St N, Sioux Falls, SD 57104-0432 |
| 14126900 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 23 2023 01:09:38 | Citibank, N.A., Citibank, N.A., 701 East 60th Street North, Sioux Falls, SD 57104-0432 |
| 14099216 | | Email/Text: mrdiscen@discover.com | Jun 23 2023 00:40:00 | Discover Financial Services, PO Box 30954, Salt Lake City, UT 84130-0954 |
| 14105441 | | Email/Text: mrdiscen@discover.com | Jun 23 2023 00:40:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14099217 | | Email/Text: FirstmarkAccountMa@firstmarkservices.com | Jun 23 2023 00:40:31 | FirstMark/Citizens, 121 S 13th St, Lincoln, NE 68508-1904 |
| 14326824 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Jun 23 2023 00:40:00 | Internal Revenue Service, P O BOX 7346, Philadelphia PA 19101-7346 |
| 14099212 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jun 23 2023 00:57:39 | Chase Card Services, PO Box 15298, Wilmington, DE 19850-5298 |
| 14130441 | + | Email/Text: bankruptcydpt@mcmcg.com | Jun 23 2023 00:40:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |

Case 18-12885-pmm  Doc 58  Filed 06/24/23  Entered 06/25/23 00:30:31  Desc Imaged
Certificate of Notice  Page 2 of 4

| District/off: 0313-4 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jun 22, 2023 | Form ID: 138OBJ | Total Noticed: 30 |

| | | | | |
|---|---|---|---|---|
| 14099218 | | Email/Text: nsm_bk_notices@mrcooper.com | Jun 23 2023 00:40:00 | Nationstar Mortgage, 350 Highland Dr, Lewisville, TX 75067-4177 |
| 14177287 | | Email/PDF: pa_dc_claims@navient.com | Jun 23 2023 00:57:18 | NAVIENT PC TRUST, C/O Navient Solutions, LLC., PO BOX 9640, Wilkes-Barre, PA 18773-9640 |
| 14099219 | | Email/PDF: pa_dc_claims@navient.com | Jun 23 2023 00:57:32 | Navient solutions, PO Box 9640, Wilkes Barre, PA 18773-9640 |
| 14128010 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 23 2023 00:57:05 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14111676 | | Email/PDF: gecsedi@recoverycorp.com | Jun 23 2023 00:57:13 | Paypal Credit, Comenity Capital Bank c/o Bill me Later, PO Box 5018, Timonium, MD 21094-5018 |
| 14101807 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jun 23 2023 00:40:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |
| 14217697 | + | Email/Text: nsm_bk_notices@mrcooper.com | Jun 23 2023 00:40:00 | USAA Federal Savings Bank, Nationstar Mortgage LLC, P.O. Box 619096, Dallas, TX 75261-9096 |
| 14124662 | + | Email/Text: RASEBN@raslg.com | Jun 23 2023 00:40:00 | USAA Savings Bank, c/o Robertson Anschutz Schneid, Crane & Partners PLLC, 10700 Abbott's Bridge Rd., Ste. 170, Duluth, GA 30097-8461 |
| 14099222 | | Email/Text: bkelectronicnotices@usaa.com | Jun 23 2023 00:39:00 | USAA Savings Bannk, PO Box 47504, San Antonio, TX 78265-7504 |
| 14099221 | | Email/Text: bkelectronicnotices@usaa.com | Jun 23 2023 00:39:00 | Usaa Federal Savings Ban, 10750 McDermott Fwy, San Antonio, TX 78288-0002 |

TOTAL: 24

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jun 24, 2023  Signature:  /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 22, 2023 at the address(es) listed below:

**Name**  **Email Address**

BRIAN CRAIG NICHOLAS
  on behalf of Creditor USAA Federal Savings Bank bnicholas@kmllawgroup.com  bkgroup@kmllawgroup.com

CHARLES GRIFFIN WOHLRAB
  on behalf of Creditor USAA Federal Savings Bank cwohlrab@friedmanvartolo.com

LYNN E. FELDMAN

| | | |
|---|---|---|
| District/off: 0313-4 | User: admin | Page 3 of 3 |
| Date Rcvd: Jun 22, 2023 | Form ID: 138OBJ | Total Noticed: 30 |

    on behalf of Debtor Wynne Leonard Boyer feldmanfiling@rcn.com feldman.lynnb123770@notify.bestcase.com

ROLANDO RAMOS-CARDONA
    on behalf of Trustee SCOTT F. WATERMAN [Chapter 13] ecfmail@readingch13.com

SCOTT F. WATERMAN [Chapter 13]
    ECFMail@ReadingCh13.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 6

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Wynne Leonard Boyer
        Debtor(s)

Case No: 18−12885−pmm
Chapter: 13

_____

### NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

United States Bankruptcy Court
Office of the Clerk, Gateway Building
201 Penn Street, 1st Floor
Reading, PA 19601

In the absence of any objection, the Court may enter the Order of Discharge.

For The Court

Timothy B. McGrath
Clerk of Court

Dated: 6/22/23

56 − 51
Form 138OBJ