| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
### Activity for the period from 08/01/2022 to 08/01/2023
#### Chapter 13 Case No. 18-12885-PMM

WYNNE LEONARD  BOYER
58 HERTZOG SCHOOL RD
MERTZTOWN  PA    19539-9219

Petition Filed Date: 04/30/2018
341 Hearing Date: 07/17/2018
Confirmation Date: 11/15/2018

Case Status: Completed on 5/22/2023

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/08/2022 | $943.00 | | 09/09/2022 | $943.00 | | 10/11/2022 | $943.00 | |
| 11/08/2022 | $943.00 | | 12/08/2022 | $943.00 | | 01/11/2023 | $943.00 | |
| 02/08/2023 | $943.00 | | 03/08/2023 | $943.00 | | 05/22/2023 | $1,886.00 | |

**Total Receipts for the Period: $9,430.00   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $55,722.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| | CLAIMS AND DISTRIBUTIONS | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 8 | BANK OF AMERICA NA »» 008 | Unsecured Creditors | $12,668.35 | $5,174.80 | $7,493.55 |
| 5 | CITIBANK NA »» 005 | Unsecured Creditors | $10,371.26 | $4,236.43 | $6,134.83 |
| 2 | DISCOVER BANK »» 002 | Unsecured Creditors | $12,331.15 | $5,037.14 | $7,294.01 |
| 11 | UNITED STATES TREASURY (IRS) »» 11P | Priority Crediors | $5,064.00 | $5,064.00 | $0.00 |
| 7 | MIDLAND CREDIT MANAGEMENT INC AS AGENT »» 007 | Unsecured Creditors | $19,501.17 | $7,965.86 | $11,535.31 |
| 9 | NAVIENT SOLUTIONS INC »» 009 | Unsecured Creditors | $6,321.55 | $2,582.23 | $3,739.32 |
| 10 | NATIONSTAR MORTGAGE LLC »» 010 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 1 | PA DEPARTMENT OF REVENUE »» 001 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 6 | PORTFOLIO RECOVERY ASSOCIATES »» 006 | Unsecured Creditors | $4,795.06 | $1,958.79 | $2,836.27 |
| 3 | USAA FEDERAL SAVINGS BANK »» 003 | Unsecured Creditors | $19,806.54 | $8,090.60 | $11,715.94 |
| 4 | USAA FEDERAL SAVINGS BANK »» 004 | Unsecured Creditors | $16,926.71 | $6,914.29 | $10,012.42 |
| 11 | LYNN E FELDMAN ESQ »» 011 | Attorney Fees | $3,210.00 | $3,210.00 | $0.00 |
| 0 | LYNN E FELDMAN ESQ | Attorney Fees | $800.00 | $800.00 | $0.00 |

**Chapter 13 Case No. 18-12885-PMM**

| **SUMMARY** |
| :---: |

Summary of all receipts and disbursements from date filed through 8/1/2023:

| | | | |
| --- | --- | --- | --- |
| Total Receipts: | $55,722.00 | Current Monthly Payment: | $0.00 |
| Paid to Claims: | $51,034.14 | Arrearages: | $0.00 |
| Paid to Trustee: | $4,687.86 | Total Plan Base: | $55,722.00 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

• **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/
  for more  information.**

• Your case information is available to view online at the National Data Center. Please visit www.ndc.org.