| Fill in this information to identify the case: |
|---|
| Debtor 1    Wynne Leonard Boyer |
| Debtor 2 (Spouse, if filing) |
| United States Bankruptcy Court for the: Eastern District of PA |
| Case number   18-12885 PMM |

## Form 4100R

# Response to Notice of Final Cure Payment                    10/15

According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.

## Part 1:    Mortgage Information

**Name of Creditor:**    USAA FEDERAL SAVINGS BANK                    **Court claim no.** (if known):    10-1

**Last 4 digits** of any number you use to identify the debtor's account:    6419

**Property address:**
                58 Hertzog School Road
                Mertztown, PA 19539-9219

## Part 2:    Prepetition Default Payments

*Check one:*

[X] Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

[ ] Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:                                                                $ _____

## Part 3:    Postpetition Mortgage Payment

*Check one:*

[X] Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on:    07 / 17 / 2023

[ ] Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

| | | |
|---|---|---|
| a.    Total postpetition ongoing payments due: | (a) | $ _____ |
| b.    Total fees, charges, expenses, escrow, and costs outstanding: | + (b) | $ _____ |
| c.    **Total.** Add lines a and b. | (c) | $ _____ |

Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on:

Form 4100R                    Response to Notice of Final Cure Payment                    page 1

Debtor(s)    Wynne Leonard Boyer                                    Case Number (*if known*): 18-12885 PMM
           First Name    Middle Name    Last Name

---

| Part 4: | **Itemized Payment History** |

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:
- all payments received;
- all fees, costs, escrow, and expenses assessed to the mortgage; and
- all amounts the creditor contends remain unpaid.

---

| Part 5: | **Sign Here** |

**The person completing this response must sign it.  The response must be filed as a supplement to the creditor's proof of claim.**

*Check the appropriate box::*

☐ I am the creditor.
☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

x /s/ *Michael Farrington*

Michael Farrington
05 Jul 2023, 14:27:36, EDT

Date    07/05/2023

    KML Law Group, P.C.
    701 Market Street, Suite 5000
    Philadelphia, PA 16106
    215-627-1322
    bkgroup@kmllawgroup.com
    Attorney for Creditor

Document ID: 036cdf7b3e293899b6ec2dab3f2ef1364cd6372eb2fb33a77c9a39b7882af5b7

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

**IN RE: Wynne Leonard Boyer**

        **Debtor(s)**

**USAA FEDERAL SAVINGS BANK**

        **Movant**

    **vs.**

**Wynne Leonard Boyer**

        **Debtor(s)**

**Scott Waterman Esq.,**

        **Trustee**

**BK NO. 18-12885 PMM**

**Chapter 13**

**Related to Claim No. 10-1**

## CERTIFICATE OF SERVICE
## RESPONSE TO NOTICE OF FINAL CURE MORTGAGE PAYMENT

I, Michael P. Farrington of KML Law Group, P.C., certify that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on <u>July 6, 2023</u>, I served the above captioned pleading, filed in the proceeding on the parties at the addresses shown below;

<u>Debtor(s)</u>
Wynne Leonard Boyer
58 Hertzog School Road
Mertztown, PA 19539-9219

<u>Attorney for Debtor(s) (via ECF)</u>
Lynn E. Feldman, Esq.
Feldman Law Office
2310 Walbert Ave.
Suite 103
Allentown, PA 18104

<u>Trustee (via ECF)</u>
Scott Waterman Esq.
2901 St. Lawrence Ave.
Suite 100
Reading, PA 19606

Method of Service:  electronic means or first-class mail.

Dated: <u>July 6, 2023</u>

        <u>*/s/ Michael P. Farrington*</u>
        Michael P. Farrington Esq.
        Attorney I.D. 329636
        KML Law Group, P.C.
        BNY Mellon Independence Center
        701 Market Street, Suite 5000
        Philadelphia, PA 19106
        (215) 825-6488
        mfarrington@kmllawgroup.com